Carl Edward WILEY, Plaintiff–Appellant,

v.

BUNCOMBE COUNTY; Van Duncan, Individually and official capacities and Buncombe County Detention Facility; K. Hansen, Individually and official capacities, Defendants–Appellees.

No. 12–6513.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Carl Edward Wiley, Appellant Pro Se. Curtis William Euler, Buncombe County Attorney's Office, Asheville, North Carolina; David John Adinolfi, II, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Edward Wiley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Wiley's motion for appointment of counsel and his motion for application for appearance of counsel form, bar admission, and ECF registration form, and affirm for the reasons stated by the district court. *Wiley v. Buncombe Cnty.*, No. 1:10–cv–00181–RJC, 2012 WL 683112 (W.D.N.C. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*